Certificate Number: 17082-PAM-DE-029875209

Bankruptcy Case Number: 17-03534


17082-PAM-DE-029875209

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on <u>September 14, 2017</u>, at <u>10:52</u> o'clock <u>AM MST</u>, <u>KERRY VINCENT</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>September 14, 2017</u>          By:    <u>/s/Orsolya K Lazar</u>

                                                   Name:  <u>Orsolya K Lazar</u>

                                                   Title:   <u>Executive Director</u>