```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 17-03534-HWV
Kerry Leroy Vincent                                                 Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: PRadginsk          Page 1 of 1         Date Rcvd: Oct 25, 2017
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2017.
db              +Kerry Leroy Vincent,    337 Bonny Brook Road,    Carlisle, PA 17015-9290

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                              Signature:   /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    VANDERBILT MORTGAGE AND FINANCE INC.
               bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              Philip Charles Briganti    on behalf of Debtor 1 Kerry Leroy Vincent pbriganti@pa.net
              Thomas I Puleo    on behalf of Creditor    VANDERBILT MORTGAGE AND FINANCE INC.
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kerry Leroy Vincent<br>　　　　　Debtor(s)<br><br>VANDERBILT MORTGAGE AND FINANCE INC.<br>　　　　　Movant<br>　vs.<br><br>Kerry Leroy Vincent<br>　　　　　Debtor(s)<br><br>Lawrence G. Frank<br>　　　　　Trustee | CHAPTER 7<br><br><br>NO. 17-03534 HWV<br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay (the "Motion") and after notice and a hearing, it is hereby

**ORDERED** that the Motion is **GRANTED** and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 337 Bonnybrook Road, Carlisle, PA 17015 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)

Dated: October 25, 2017

Case 1:17-bk-03534-HWV    Doc 22    Filed 10/27/17    Entered 10/28/17 00:42:11    Desc
Imaged Certificate of Notice    Page 2 of 2